# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 96-3073

_____

Martin H. Tonn,                          *
                                         *
          Appellant,                     *
                                         *  Appeal from the United States
     v.                                  *  District Court for the
                                         *  District of Minnesota.
United States of America,                *       [UNPUBLISHED]
                                         *
          Appellee.                      *


_____

Submitted:  March 3, 1997

Filed:  March 10, 1997
_____

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.
_____


PER CURIAM.


     Martin H. Tonn appeals the district court's[1] Federal Rule of
Civil Procedure 12(b)(1) dismissal of his due process claim against
the United States for lack of subject matter jurisdiction.  Having
reviewed the record and the parties' briefs, we conclude that the
judgment of the district court was correct.  Accordingly, we
affirm.  See 8th Cir. R. 47B.

_____

     [1]The Honorable Richard H. Kyle, United States District Judge
for the District of Minnesota.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.